UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Eng
4266 Saull Street
Flushing, NY 11352

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Dan Casey
Nick Nantell
Circle of Confusion
FOX Group Legal
Dan Jinks

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☐ Yes   ☒ No
(check one)

MAY - 8 2014

PRO SE OFFICE

**I.     Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Kenneth Eng
            Street Address 4266 Saull Street
            County, City Flushing
            State & Zip Code NY 11355
            Telephone Number 917-573-9453

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Dan Casey
                  Street Address 2121 Avenue of the Stars, Suite 700

*This is Fox's address as well*

*Rev. 05/2010*

      County, City <u>LA</u>
      State & Zip Code <u>CA, 90067</u>
      Telephone Number <u>310 369 3713</u>

Defendant No. 2    Name <u>Nick Nantell</u>
      Street Address <u>Same as above</u>
      County, City
      State & Zip Code
      Telephone Number

Defendant No. 3    Name <u>Dan Jinks</u>
      Street Address <u>Same as above</u>
      County, City
      State & Zip Code
      Telephone Number

Defendant No. 4    Name <u>Circle of Confusion</u>
      Street Address <u>Same as above</u>
      County, City
      State & Zip Code
      Telephone Number

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Questions      ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?
   17 U.S. Code § 501

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship
   Defendant(s) state(s) of citizenship

## III.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? New York, Los Angeles

B. What date and approximate time did the events giving rise to your claim(s) occur? December 20, 2012

C. Facts: Dan Casey and Nick Nantell stole my script, The Theory of Everything. I am accusing them of acquiring my script from the Circle of Confusion, to whom I had submitted my writing in April 2009. Their script, which was originally a comic book, has been acquired by FOX, and is being produced. I have also seen a number of other films that involved the Circle of Confusion and have noticed striking similarities between their films and screenplays I had submitted to them. Their Theory of Everything is substantially similar to my Theory of Everything.

Dan Jinks is also involved in the production of the movie.

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

*Rev. 05/2010*

## V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am seeking $5,000,000 in compensation from all parties.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 6 day of May, 2014.

Signature of Plaintiff   *Kenneth Eng*

Mailing Address   4266 Saull Street

Flushing, NY 11355

Telephone Number   917-573-9453

Fax Number *(if you have one)*

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:

Inmate Number

*Rev. 05/2010*